**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
Thomasdunnlaw@aol.com

**By ECF & Email**                                                      November 23, 2021

Honorable J. Paul Oetken
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

      Re: United States v. Darnell Green,
          20 Cr. 563 (JPO)

Dear Judge Oetken:

    On November 4, 2021 during a bail review hearing your Honor approved the defendant's application to remove Susanna Osborne from the bond she signed as a co-signer of the bond on behalf of Darnell Green. It is requested that the Court so endorse that application in order to present an order to the Magistrate's office to permit the removal of Ms. Osborne's name from the bond.

    Thank you for your consideration of this request.

                                                    Respectfully yours,
                                                    /s/
                                                    Thomas F.X. Dunn

Cc: Ashley Nicholas, Esq.
     Assistant U.S. Attorney

> Granted.
> Susanna Osborne is hereby released as a co-signer and shall be removed from defendant's bond.
>   So ordered:  11/23/2021

_____
J. PAUL OETKEN
United States District Judge