**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-                                        TRAVEL ORDER

                                                    20 Cr. 563 (JPO)

DARNELL GREEN,
                Defendant.
-------------------------------------------------------x

        PURSUANT to 18 U.S.C. section 4285 the U.S. Marshals Service for the Southern District of New York shall obtain a one-way airline ticket for the transportation of the defendant, Darnell Green, to New York from Atlanta Georgia for a judicial proceeding scheduled for February 22, 2023.

        SO ORDERED,

Dated: February 10, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge