**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-　　　　　　　　　　　　　　　TRAVEL ORDER

    　　　　　　　　　　　　　　　　　　20 Cr. 563 (JPO)

DARNELL GREEN,
　　　　　Defendant.
-------------------------------------------------------x

    PURSUANT to 18 U.S.C. section 4285 the U.S. Marshals Service for the Southern District of New York shall obtain a one-way airline ticket for the transportation of the defendant Darnell Green on February 28, 2023, to New York from Atlanta Georgia for judicial proceedings on March 1, 2023.

    SO ORDERED,

Dated: February 21, 2023
New York, New York

    　　　　　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
    　　　　　　　　　　　　　　　　　　United States District Judge